# HADDAD ASSOCIATES PLLC

25-04 40TH AVENUE
FLOOR 2
LONG ISLAND CITY, NEW YORK 11101

(212) 246-0546

May 29, 2025

**VIA FILING ON PACER**
Honorable Lewis J. Liman, USDJ
Daniel Patrick Moynihan
United States Courthouse, Courtroom 15C
500 Pearl St.
New York, NY 10007-1312
LimanNYSDChambers@nysd.uscourts.gov

Honorable Stewart D. Aaron, USMJ
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
Aaron_NYSDChambers@nysd.uscourts.gov

|  |  |  |
|---|---|---|
| Re: | \multicolumn{2}{l}{*ALLSTATE NEW JERSEY INSURANCE COMPANY v. HIGHWAY EQUIPMENT RENTAL, LLC, Abigail Simmons, As Administrator for the Estate of KAWAN EDWARDS, TYLER EVANS PAUL, CITY OF NEW YORK, ALBERT PAUL, MAMADOU M. DIALLO*} |
| | Case No. : | 1:25-cv-01824-LJL |
| | Venue : | USDC SDNY |
| | Client : | Highway Equipment Rental, LLC |
| | Our File : | 20197 |

Honorable Judge Lewis J. Liman and Honorable Magistrate Judge Stewart D. Aaron,

    The undersigned represents the defendant Highway Equipment Rental, LLC. With the consent of all counsel, and pursuant to Rule 1.D. of Judge Liman, we request an adjournment of the initial conference that is scheduled for June 5, 2025 since the undersigned will be unavailable having a prior important engagement. This is the second request for an adjournment, but the first made since this office appeared.

    Counsel have conferred and find that June 27, 2025 is available to all counsel. If this date is unavailable, we ask that the Court assign a next available date, however, the undersigned is on trial July 21 to August 8, 2025, so those dates are not available. Since an adjournment is requested, and we believe is likely to be granted, counsel are not submitting the CMP which would otherwise be due today.

Honorable Lewis J. Liman, USDJ Re:
May 29, 2025
Page 2 of 2

                                                Respectfully,

                                                James M. Haddad

cc:    (by efiling and email)

        Karen M Berberich
        Lewis Johs Avallone Aviles, LLP
        Email: kmberberich@lewisjohs.com

        Nkereuwem Inyang Umoh
        Umoh Law Firm
        numoh@umohlaw.com

        Robert Benjamin Weissman
        Saretsky Katz Dranoff Weissman & Maynard, LLP
        rweissman@skdwmlaw.com

        Cary Maynard
        cmaynard@skdwmlaw.com

court1.docx

The motion to adjourn is GRANTED. The initial pretrial conference scheduled for June 5, 2025 is adjourned to June 27, 2025 at 11:00 AM.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

May 30, 2025