# HADDAD ASSOCIATES PLLC

25-04 40TH AVENUE
FLOOR 2
LONG ISLAND CITY, NEW YORK 11101

(212) 246-0546

June 25, 2025

**VIA E-FILING ON PACER**
Honorable Lewis J. Liman, USDJ
Daniel Patrick Moynihan
United States Courthouse, Courtroom 15C
500 Pearl St.
New York, NY 10007-1312
LimanNYSDChambers@nysd.uscourts.gov

Honorable Stewart D. Aaron, USMJ
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
Aaron_NYSDChambers@nysd.uscourts.gov

      Re:    ALLSTATE NEW JERSEY INSURANCE COMPANY v. HIGHWAY EQUIPMENT RENTAL, LLC, Abigail Simmons, As Administrator for the Estate of KAWAN EDWARDS, TYLER EVANS PAUL, CITY OF NEW YORK, ALBERT PAUL, MAMADOU M. DIALLO
      Case No. : 1:25-cv-01824-LJL
      Venue : USDC SDNY
      Client : Highway Equipment Rental, LLC
      Our File : 20197

Honorable Judge Lewis J. Liman and Honorable Magistrate Judge Stewart D. Aaron,

      The undersigned represents the defendant Highway Equipment Rental, LLC. With the consent of all counsel, and pursuant to Rule 1.D. of Judge Liman, we request a further adjournment of the initial conference that is scheduled for June 27, 2025. This is the third request for an adjournment. The reason is that there is potentially another party that will be joined. This is an insurance coverage declaratory judgment action in which Allstate, as auto liability insurer, is seeking to disclaim coverage for a fatal accident of a worker erecting cones on the highway. As it turns out, the defendant, Highway Equipment Rental, LLC, also has a workers compensation policy, which is potentially implicated. The WC carrier, New Jersey Manufacturers (NJM), has denied coverage, but has indicated to me the possibility that it will be reconsidering its position and providing an updated coverage opinion shortly. Either way, all counsel agree that NJM should also be a party to this action to have a unified declaration of the coverage issues of all potentially applicable policies relevant to this accident. Therefore, if the revised coverage opinion does not moot this DJ, or at least lead to some amicable stipulated

Honorable Lewis J. Liman, USDJ, Honorable Stewart D. Aaron, USMJ
Re: Case No. : 1:25-cv-01824-LJL
June 25, 2025
Page 2 of 2

resolution of all issues, the undersigned will implead NJM as a third-party defendant so the court can have all the proper parties before it.

    Counsel have not had an opportunity to confer upon a new date, but request that the Court provide a date approximately 30 days hence.

                                          Respectfully,

                                          James M. Haddad

cc: (by efiling and email)

    Karen M Berberich
    Lewis Johs Avallone Aviles, LLP
    Email: kmberberich@lewisjohs.com

    Nkereuwem Inyang Umoh
    Umoh Law Firm
    numoh@umohlaw.com

    Robert Benjamin Weissman
    Saretsky Katz Dranoff Weissman & Maynard, LLP
    rweissman@skdwmlaw.com

    Cary Maynard
    cmaynard@skdwmlaw.com

Court2.docx

GRANTED.  The initial pretrial conference scheduled for June 27, 2025 is adjourned to July 31, 2025 at 12 PM.

SO ORDERED.

_____
LEWIS J. LIMAN
United States District Judge

June 25, 2025