```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/1/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ALLSTATE NEW JERSEY INSURANCE
COMPANY,

            Plaintiff,                       25-cv-1824 (LJL)

     -v-                              ORDER

HIGHWAY EQUIPMENT RENTAL, LLC, et al.,

            Defendants.

------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The case is hereby stayed pending settlement discussions between the parties. The parties are directed to file a letter by September 26, 2025, apprising the Court of the case's status.

      All counsel appearing in this case are further directed to attend a telephonic conference scheduled for October 2, 2025, at 12:00 P.M. Parties are directed to dial into the Court's teleconference line at 646-453-4442 and use Conference ID# 358639322.

      SO ORDERED.

Dated: August 1, 2025
       New York, New York

                                                 LEWIS J. LIMAN
                                                 United States District Judge