UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED:__10/3/2025__

ALLSTATE NEW JERSEY INSURANCE
COMPANY,

                        Plaintiff,                                          25-cv-1824 (LJL)

            -v-                                                             ORDER

HIGHWAY EQUIPMENT RENTAL, LLC, et al.,

                        Defendants.

------------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

    As indicated on the record at the status conference today, October 3, 2025, this case is hereby stayed pending preliminary motion practice in the underlying state case.

    On the consent of all parties, by December 1, 2025, Plaintiff Allstate shall update the Court regarding the status of the case and whether the stay should be lifted.  In advance of submitting that letter, Allstate shall meet and confer with all other parties regarding their positions on the matter, and the letter should indicate those positions.  In the event the stay is not lifted, Allstate shall continue to file status updates with the Court every sixty days thereafter.

    SO ORDERED.

Dated: October 3, 2025
       New York, New York                      _____
                                               LEWIS J. LIMAN
                                               United States District Judge