UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

:

ALLSTATE NEW JERSEY INSURANCE
COMPANY,

:

:

Plaintiff,                   :                    25-cv-1824 (LJL)

:

-v-                                       :                    ORDER

:

HIGHWAY EQUIPMENT RENTAL, LLC, et al.,   :

:

Defendants.              :

:

------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__6/24/2026__

LEWIS J. LIMAN, United States District Judge:

On October 3, 2025, the Court stayed this action and directed Plaintiff to file status update letters with the Court every sixty days thereafter.  Dkt. No. 32.  By July 1, 2026, Plaintiff shall file a letter with the Court regarding the status of the case.

SO ORDERED.

Dated: June 24, 2026
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge